SHANNON E. TURNER (CSB No. 310121)
sturner@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

DAVID K. TELLEKSON (admitted *pro hac vice*)
dtellekson@fenwick.com
JESSICA M. KAEMPF (admitted *pro hac vice*)
jkaempf@fenwick.com
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511

Attorneys for Defendant
Birdies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROTHY'S, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BIRDIES, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 3:21-cv-02438-VC<br><br>**DEFENDANT BIRDIES, INC.'S TABLE OF EXHIBITS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF INVALIDITY, OR IN THE ALTERNATIVE, NONINFRINGEMENT**<br><br>Date: February 10, 2022<br>Time: 10:00 am<br>Place: Courtroom 04, 17th Floor<br>Judge: The Honorable Vince Chhabria<br>Trial Date: November 14, 2022 |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, and the Court's "Standing Order for Civil Cases before Judge Vince Chhabria," Defendant Birdies, Inc. ("Birdies") hereby respectfully submits the following Table of Exhibits in support of its Motion for Summary Judgment of Invalidity, or in the Alternative, Noninfringement:

**TABLE OF EXHIBITS**

| Attachment No. | Description |
|---|---|
| 1 | Table of Exhibits |
| 2 | Appendix A – Images of Asserted Patents |
| 3 | Appendix B – Comparison of Blackbirds to Asserted Patents |
| 4 | Declaration of Marisa Sharkey in Support of Motion for Summary Judgment/Noninfringement |
| 5 | Sharkey Declaration Ex. A – S.F.Chronicle.com article, dated February 14, 2016 |
| 6 | Sharkey Declaration Ex. B – Facebook post by Birdies, dated October 7, 2016, showing: |
| 7 | Sharkey Declaration Ex. C – Birdiesslippers.com webpage "Birdies Black Smoking Slipper with Quilted Insole" (captured by the Internet Archive's Wayback Machine on Nov. 11, 2016), showing: |

| Attachment No. | Description |
|---|---|
| 8 | Sharkey Declaration Ex. D – Facebook photo of Birdies Blackbird with Quilted Insole, dated October 19, 2015, showing: |
| 9 | Sharkey Declaration Ex. E – Facebook photo of Birdies Blackbird with Quilted Insole, dated October 19, 2015, showing: |
| 10 | Sharkey Declaration Ex. F – Facebook photo of Birdies Blackbird with Quilted Insole, dated October 19, 2015, showing: |
| 11 | Sharkey Declaration Ex. G – Facebook photo of Birdies Blackbird with Quilted Insole, dated October 19, 2015, showing: |
| 12 | Sharkey Declaration Ex. H – Facebook photo of Birdies Blackbird with Quilted Insole, dated October 19, 2015, showing: |

| Attachment No. | Description |
|---|---|
| 13 | Sharkey Declaration Ex. I – Facebook post by Birdies, dated December 3, 2015, showing: |
| 14 | Sharkey Declaration Ex. J – Instagram post by Birdies, dated October 29, 2016, showing: |
| 15 | Sharkey Declaration Ex. K – Instagram repost of Meghan Markle by Birdies, dated April 15, 2016, showing: |
| 16 | Sharkey Declaration Ex. L – Facebook post by Birdies, dated February 8, 2021 |
| 17 | Sharkey Declaration Ex. M – Facebook post by Birdies, dated February 10, 2021 |
| 18 | Declaration of Jessica Kaempf in Support of Motion for Summary Judgment/Noninfringement |
| 19 | Kaempf Declaration Ex. 1 – CNBC.com article dated May 24, 2021 |
| 20 | Kaempf Declaration Ex. 2 – Elle.com article by Leah Clinton (captured by the Internet Archive's Wayback Machine on January 20, 2016) |
| 21 | Kaempf Declaration Ex. 3 – Excerpts from Plaintiff's Responses to Interrogatories |

| Attachment No. | Description |
|---|---|
| 22 | Kaempf Declaration Ex. 4 – U.S. Patent No. 98,793, dated Jan. 11, 1870, showing: |
| 23 | Kaempf Declaration Ex. 5 – Excerpts from Frank Steinhart's deposition |
| 24 | Kaempf Declaration Ex. 6 – Excerpts from *Shoes: The Complete Sourcebook*, by John Peacock (2005), showing: |
| 25 | Kaempf Declaration Ex. 7 – The Wall Street Journal article dated Nov. 7, 2012 |
| 26 | Kaempf Declaration Ex. 8 – The Fashion Spot.com article dated Oct. 11, 2012, showing: |
| 27 | Kaempf Declaration Ex. 9 – Your Next Shoes article dated June 9, 2013 (last visited Dec. 16, 2021) |
| 28 | Kaempf Declaration Ex. 10 – Your Next Shoes article dated June 9, 2013 (captured by the Internet Archive's Wayback machine on June 15, 2013) |
| 29 | Kaempf Declaration Ex. 11 – WWD article dated Sept. 26, 2011 by Rachel Strugatz |
| 30 | Kaempf Declaration Ex. 12 – WWD article dated Sept. 26, 2011 (captured by the Internet Archive's Wayback machine on Oct. 2, 2013) |

| Attachment No. | Description |
|---|---|
| 31 | Kaempf Declaration Ex. 13 – Shoptalk article dated July 20, 2011 |
| 32 | Kaempf Declaration Ex. 14 – Blondie's Lipstick post dated Nov. 12, 2012, showing: |
| 33 | Kaempf Declaration Ex. 15 – Elle.com article and photos dated July 23, 2012 |
| 34 | Kaempf Declaration Ex. 16 – Instagram post dated May 7, 2013, showing: |
| 35 | Kaempf Declaration Ex. 17 – Zappos.com webpage for Skechers shoes (captured by the Internet Archive's Wayback machine on January 15, 2017), showing: |
| 36 | Kaempf Declaration Ex. 18 – Rothy's webpage showing "The Flat" and "The Point" shoes (captured by the Internet Archive's Wayback machine on March 14, 2016) (Ex. F to Defendant's RFAs), showing: |
| 37 | Kaempf Declaration Ex. 19 – Excerpts from Rothy's, Inc.'s Responses to Defendant's First Set of Requests for Admission (1–56) |

| Attachment No. | Description |
|---|---|
| 38 | Kaempf Declaration Ex. 20 – Instagram post dated June 25, 2016, showing: |
| 39 | Kaempf Declaration Ex. 21 – Instagram post dated November 28, 2015, showing: |
| 40 | Kaempf Declaration Ex. 22 – Instagram post dated March 12, 2017, showing: |
| 41 | Kaempf Declaration Ex. 23 – Instagram post dated July 19, 2016, showing: |
| 42 | Kaempf Declaration Ex. 24 – Instagram post dated March 6, 2015, showing: |

| Attachment No. | Description |
|---|---|
| 43 | Kaempf Declaration Ex. 25 – Instagram post dated May 29, 2013, showing: |
| 44 | Kaempf Declaration Ex. 26 – Instagram post dated June 2, 2015, showing: |
| 45 | Kaempf Declaration Ex. 27 – Declaration of Daniel Haskins ("Haskins Decl."), Controller and Chief Financial Officer at Stubbs & Wootton (filed under seal as Dkt. No. 66-2) |
| 46 | Kaempf Declaration Ex. 28 – Haskins Decl. Ex. A – Facebook post by Stubbs & Wootton, October 18, 2014, showing: |
| 47 | Kaempf Declaration Ex. 29 – Haskins Decl. Ex. B – Facebook post by Stubbs & Wootton, April 1, 2016, showing: |
| 48 | Kaempf Declaration Ex. 30 – Haskins Decl. Ex. C – Facebook post by Stubbs & Wootton, December 11, 2015, showing: |

| Attachment No. | Description |
|---|---|
| 49 | Kaempf Declaration Ex. 31 – Haskins Decl. Ex. D – Facebook post by Stubbs & Wootton, August 13, 2016, showing: |
| 50 | Kaempf Declaration Ex. 32 – Haskins Decl. Ex. E – Facebook post by Stubbs & Wootton, November 11, 2016, showing: |
| 51 | Kaempf Declaration Ex. 33 – Haskins Decl. Ex. F – Facebook post by Stubbs & Wootton, April 11, 2017 (Steinhart Dep. Ex. 5), showing: |
| 52 | Kaempf Declaration Ex. 34 – Haskins Decl. Ex. G – Facebook post by Stubbs & Wootton, May 9, 2017, showing: |
| 53 | Kaempf Declaration Ex. 35 – Haskins Decl. Ex. H – Stubbs & Wootton Invoice No. 5434, dated July 22, 2016 (filed under seal as Dkt. No. 66-3) |
| 54 | Kaempf Declaration Ex. 36 – Haskins Decl., Ex. I – Stubbs & Wootton Invoice No. 5469, dated July 29, 2016 (filed under seal as Dkt. No. 66-4) |

| Attachment No. | Description |
|---|---|
| 55 | Kaempf Declaration Ex. 37 – Declaration of Milicent Armstrong ("Armstrong Decl."), Founder of Artemis Design Co. |
| 56 | Kaempf Declaration Ex. 38 – Armstrong Decl., Ex. C – Facebook post by Artemis Design Co., dated May 23, 2017, showing: |
| 57 | Kaempf Declaration Ex. 39 – Armstrong Decl., Ex. D – Facebook post by Artemis Design Co., dated December 10, 2013, showing: |
| 58 | Kaempf Declaration Ex. 40 – Armstrong Decl., Ex. E – Instagram post by Artemis Design Co., October 23, 2013, showing: |
| 59 | Kaempf Declaration Ex. 41 – Armstrong Decl., Ex. G – Instagram post by Artemis Design Co., September 4, 2014, showing: |

| Attachment No. | Description |
|---|---|
| 60 | Kaempf Declaration Ex. 42 – Armstrong Decl., Ex. J – Instagram post by Artemis Design Co., April 15, 2017, showing: |
| 61 | Kaempf Declaration Ex. 43 –3dprint.com article, dated January 18, 2016, showing (among others): |
| 62 | Kaempf Declaration Ex. 44 – mikeshouts.com article, dated February 1, 2016, showing (among others): |
| 63 | Kaempf Declaration Ex. 45 – jsshoe.com website pages (captured by the Internet Archive's Wayback Machine on January 17, 2016), showing (among others): |
| 64 | Kaempf Declaration Ex. 46 – Declaration of Philip Paccione ("Paccione Decl."), General Counsel, Corporate Secretary and Executive Vice President of Business Affairs at Skechers USA, Inc. |
| 65 | Kaempf Declaration Ex. 47 – Paccione Decl., Ex. A – Skechers USA Line Sheet for Cleos, showing (among others): |

| Attachment No. | Description |
|---|---|
| 66 | Kaempf Declaration Ex. 48 – Paccione Decl., Ex. B – Skechers USA Line Sheet for Bikers, showing (among others): |
| 67 | Kaempf Declaration Ex. 49 – Paccione Decl., Ex. C – Skechers USA records reflecting Inv. No. 65658243 and Customer Order No. 31040741 |
| 68 | Kaempf Declaration Ex. 50 – Paccione Decl., Ex. D – Skechers USA records reflecting Inv. No. 65828229 and Customer Order No. 35351856 |
| 69 | Kaempf Declaration Ex. 51 – Paccione Decl., Ex. E – Skechers USA records reflecting Inv. No. 65747571 and Customer Order No. 33623383 |
| 70 | Kaempf Declaration Ex. 52 – Paccione Decl., Ex. F – Skechers USA records reflecting Inv. No. 65786049 and Customer Order No. 33812071 |
| 71 | Kaempf Declaration Ex. 53 – U.S. Design Patent No. D783,242 dated April 11, 2017 |

Dated:   December 27, 2021   FENWICK & WEST LLP

By: /s/ David K. Tellekson
David K. Tellekson

*Counsel for Defendant Birdies Inc.*