# Appendix A

# Images of the Asserted Patents

