# Kaempf Exhibit 6

# Shoes
## The Complete Sourcebook

John Peacock

*with over 2,000 illustrations, over 750 in color*


Thames & Hudson

BIRDIES_00000713

To Zoë Thomas Webb

© 2005 Thames & Hudson Ltd, London

First published in 2005 in hardcover in the United States of America by Thames & Hudson Inc., 500 Fifth Avenue, New York, New York 10110

thamesandhudsonusa.com

Library of Congress Catalog Card Number 2004110562

ISBN-13:  978-0-500-51212-8
ISBN-10:  0-500-51212-4

Printed and bound in China by Midas Printing

All rights reserved. No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording or any other information storage and retrieval system, without prior permission in writing from the publisher.

## Men's shoes and boots 1870–1899



English *c.* 1870–1885
English *c.* 1890–1899
English *c.* 1885–1890
English *c.* 1880–1885
Italian *c.* 1885–1895
English *c.* 1880–1889
English *c.* 1890–1899
English *c.* 1890–1899

BIRDIES_00000715



medium-high stacked leather heel, patent leather upper, toecap with brogue detail, ankle-length matt kidskin top with elasticated fabric gussets and a simulated side button fastening. [7] English c. 1850–1860. Leather sole, pointed toe, low stacked leather heel, calfskin upper, low-cut sides, latchet straps over instep tied with ribbon laces. [8] Austrian c. 1840–1850. Leather sole, round toe, medium-high stacked leather heel, contrast-colour leather leg, fitted from ankle to knee, ribbon pulls on either side of top edge, decorative contrast-colour stitching below side ankle.

## Men's shoes and boots 1870–1899



[1] English c. 1870–1885. Sports shoe with thick leather sole, round toe, low stacked leather heel, pale-coloured canvas upper with polished leather toecap, heel-back and tongue under laced fastening. [2] English c. 1890–1899. Evening slipper with thin leather sole, round toe, low leather-covered heel, patent leather upper, low-cut vamp with centre front satin bow trim, matching bound edges. [3] English c. 1885–1890. Leather sole, narrow pointed toe, low stacked leather heel, calfskin upper with patent leather toecap, ankle-length light-coloured matt calfskin top, elasticated fabric side gussets and simulated side button fastening. [4] English c. 1880–1885. House slipper with leather sole, round toe, low stacked leather heel, velvet upper with multicoloured floral design embroidery over front under high tongue and around sides and back, satin bound edges, quilted silk lining. [5] Italian c. 1885–1895. House slipper with thin leather sole, round toe, low heel, backless leather upper with centre front pointed vamp, embossed design of gold flowers and leaves, edges bound in coloured silk, matching lining. [6] English c. 1880–1889. Leather sole, pointed toe, low stacked leather heel, ankle-length leather upper, elasticated fabric side gussets. [7] English c. 1890–1899. Shoe with leather sole, round toe, stacked leather heel and leather upper, ankle-length spat in pale-coloured canvas, side button fastening and bar strap under foot, topstitched edges and detail. [8] English c. 1890–1899. Boots with leather soles, pointed toes, low stacked leather heels, polished leather uppers, legs fitted from ankle to knee-level, separately cut vamps, topstitched edges and detail.

BIRDIES_00000716