UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROTHY'S, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>BIRDIES, INC.,<br><br>        Defendant. | Case No. 21-cv-02438-VC (AGT)<br><br>**ORDER DENYING MOTION TO SEAL**<br><br>Re: Dkt. No. 88 |

Birdies hasn't persuaded the Court that "specific prejudice or harm will result" if the confidential information attached to the parties' joint statement is publicly disclosed. *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210–11 (9th Cir. 2002). The motion to seal this information is denied. Rothy's, the party that provisionally filed the information under seal, must file unredacted public versions of the exhibits at issue by February 1, 2022.

**IT IS SO ORDERED.**

Dated: January 25, 2022

                                                          Alex G. Tse<br>                                                          United States Magistrate Judge