DAVID K. TELLEKSON (admitted *pro hac vice*)
dtellekson@fenwick.com
JESSICA M. KAEMPF (admitted *pro hac vice*)
jkaempf@fenwick.com
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA  98101
Telephone:     206.389.4510
Facsimile:     206.389.4511

SHANNON E. TURNER (CSB No. 310121)
sturner@fenwick.com
GREGORY P. ADAMS (CSB No. 292391)
gadams@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

Attorneys for Defendant
Birdies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROTHY'S, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BIRDIES, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 3:21-cv-02438-VC<br><br>**DECLARATION OF GREGORY P. ADAMS IN SUPPORT OF RESPONSE TO ADMINISTRATIVE MOTIONS TO FILE MATERIALS UNDER SEAL [DKT. NOS. 119]** |

I, Gregory P. Adams, declare as follows:

1. I am an associate with the law firm of Fenwick & West LLP, counsel for Defendant, Birdies, Inc. ("Birdies"). I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I submit this declaration in support of Birdies, Inc.'s Response to Rothy's motion for administrative relief to consider whether certain

1 materials should be sealed (Dkt. No. 119).  I have personal knowledge of the facts set forth in this declaration.

2. Rothy's filed under seal several documents attached to its declaration in support of the administrative motion.  Among these are the documents labeled as Exhibit C (BIRDIES_00077229), Exhibit D (BIRDIES_00077248), and Exhibit G (deposition excerpts of Ms. Bianca Gates).

3. In discovery productions, Birdies designated Exhibits C and D as "Highly Confidential – Attorneys' Eyes Only," under the Protective Order in this case (Dkt. No. 43). Birdies also designated the transcript of Ms. Gates's deposition as "Highly Confidential – Attorneys' Eyes Only," under the Protective Order.

4. Birdies seeks to seal only the portions of Exhibits C, D, and G that are marked for redaction in the attached.  For the sake of clarity, Birdies uses the same exhibit naming conventions as Rothy's.

5. Attached as **Exhibit C** is a redacted copy of the document that Rothy's filed under seal as an attachment to the Declaration of Taylor J. Pfingst as Exhibit C (BIRDIES_00077229).

6. Attached as **Exhibit D** is a redacted copy of the document that Rothy's filed under seal as an attachment to the Declaration of Taylor J. Pfingst as Exhibit D (BIRDIES_00077248).

7. Attached to as **Exhibit G** is a redacted copy of the document that Rothy's filed under seal as an attachment to the Declaration of Taylor J. Pfingst as Exhibit G (Gates Transcript Excerpts).

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 25th day of February 2022, at San Francisco, California.

/s/ Gregory P. Adams
Gregory P. Adams