# FILED UNDER SEAL

# EXHIBIT C

# CLOUD SLACK MESSAGES

**CHAT PARTICIPANTS**

| | |
|---|---|
| Number of participants | 2 |
| Display names | bianca |
| | danielle |
| Local user | |

**CONVERSATION DETAILS**

| | |
|---|---|
| Number of messages | 614 |
| First message sent date/time | 2/9/2021 7:05:09 PM |
| Last message sent date/time | 2/1/2022 7:56:57 PM |
| Case time zone | (UTC) Coordinated Universal Time |

---

✓ Received

**danielle**

2/9/2021 7:05:09 PM

Hi B! I&apos;m working with Emily right now on a variety of responses for negative comments, mainly about copying Rothy&apos;s. I think it&apos;s important to have a few versions (short and long) of the same thing so it doesn&apos;t look like we&apos;re copy/pasting the same response on each comment. Wanted to let you know it&apos;s in the works right now, and I&apos;ll have you look over for final sign off before responding publicly

✓ Received

**bianca**

2/9/2021 7:05:30 PM

Wonderful and agree! Thank you D!

**bianca**

✓ Received
9/27/2021 5:18:24 PM

Good morning! I hope you had a nice weekend!

**bianca**

✓ Received
9/27/2021 5:19:06 PM

Following up on social posts - I am in trello right now and don&apos;t see much up there. Are you using it to lay things out or should I look somewhere else? Generally it&apos;s good to have things laid out in 2 week chuncks to get a good sense of flow, colors and story.

**bianca**

✓ Received
9/27/2021 5:19:17 PM

LMK if you want to touchbase on this today or if I should be looking elsewhere!

**danielle**

✓ Received
9/27/2021 5:29:54 PM

Good Morning! I actually work on Monday&apos;s to lay things out two weeks ahead. I&apos;ve struggled with finding content lately though as you can see in Trello.
I have limited content from the Robins in our approved creative for September along with shots of shoes that have yet to launch, that&apos;s why I did a quote the other day and I was brainstorming different things I could repost. I also don&apos;t want to go too far back and post old content.
I go through our tagged photos to see if there is anything that will work for the feed. Happy to chat through this if you&apos;d like, I know it&apos;s not great right now, our engagement is down, I feel like we have nothing good to say or post and we&apos;re not cool - it&apos;s honestly been so stressful but doing what I can.
Brooke and I just went through a ton of influencers that applied for our content cozy campaign, hopefully that will build our library up some more.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    BIRDIES_00077230

**bianca**

✓ Received
9/27/2021 5:31:45 PM

Let&apos;s work on this together. We have a lot of starlings to sell and we&apos;ve shot those over the years and could repurpose those. It&apos;s easier to see what we have when it&apos;s all laid out side by side like on trello. Do you have a dropbox with all images I can see?

**danielle**

✓ Received
9/27/2021 5:33:02 PM

Yes, everything is in the Birdies google drive. Let me drop some imagery in and then we can rework together in trello.

**bianca**

✓ Received
9/27/2021 5:33:18 PM

Also been meaning to ask you are you putting a filter on our posts?

**danielle**

✓ Received
9/27/2021 5:33:25 PM

This is the approved creative folder

**danielle**

✓ Received
9/27/2021 5:33:33 PM

No, I don&apos;t edit or touch them

**bianca**

✓ Received
9/27/2021 5:33:52 PM

Okay that&apos;s something we need to do and we&apos;ve done in the past to keep things looking more consistent.

**bianca**

✓ Received
9/27/2021 5:34:01 PM

Can you please ask Hayley which filter we&apos;ve used?

**bianca**

✓ Received
9/27/2021 5:34:08 PM

It helps make things feel more consistent

**danielle**

✓ Received
9/27/2021 5:34:19 PM

Yes, happy to do that! I do that on my own feed. I didn&apos;t know we&apos;ve done that in the past

**danielle**

✓ Received
9/27/2021 5:35:00 PM

Thanks for the help. I&apos;ve been stressing a lot

**bianca**

✓ Received
9/27/2021 5:35:27 PM

Yes - also if you are doing something on your own that you think would be helpful please bring that up - like filters. Really helps keep things more consistent and on brand

**bianca**

✓ Received
9/27/2021 5:35:31 PM

I&apos;ll take a look at the images now

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    BIRDIES_00077231

**danielle**

✓ Received
9/27/2021 5:35:59 PM

ok

**bianca**

✓ Received
9/27/2021 5:38:32 PM

There are some good ones here:
█████████████████████████████████

**danielle**

✓ Received
9/27/2021 5:43:49 PM

Thanks, I see a few. Most are the leathers though or the Heron that is currently sold out. I'll put them in trello and ping you when I have a feed that we can go over?

**bianca**

✓ Received
9/27/2021 5:44:21 PM

The Cheetah starlings are good ones

**danielle**

✓ Received
9/27/2021 5:44:33 PM

yeah I grabbed those ones

**bianca**

✓ Received
9/27/2021 5:44:39 PM

Just pull what we have and place in trello and we can see how it's starting to lay out

**danielle**

✓ Received
9/27/2021 5:44:47 PM

yep will do

**bianca**

✓ Received
9/27/2021 5:44:55 PM

Also the woman on the steps with the puppy is adorable

**danielle**

✓ Received
9/27/2021 5:45:06 PM

yep I have her already in there

**bianca**

✓ Received
9/27/2021 5:50:49 PM

█████████████████████████████████

**bianca**

✓ Received
9/27/2021 5:51:11 PM

There's lots here and we can have Katherine and Kevin replace the logo as these are old logo but we can do it once in trello

**danielle**

✓ Received
9/27/2021 5:51:34 PM

ok thanks

**bianca**

✓ Received
9/27/2021 5:52:50 PM

I don't like the image you have on 10/5 - can you remove that one?

**danielle**
9/27/2021 5:53:12 PM ✓ Received
done

**bianca**
9/27/2021 5:53:15 PM ✓ Received
Thx

**danielle**
9/27/2021 5:53:19 PM ✓ Received
They are just in there

**danielle**
9/27/2021 5:53:26 PM ✓ Received
I have not arranged them yet, just pulling

**bianca**
9/27/2021 5:53:39 PM ✓ Received
Yep that's helpful so at least we can agree on which to keep and then we can move them around

**bianca**
9/27/2021 5:53:54 PM ✓ Received
Place old logo product shots there too and if we like them we can get Katherine/Kevin to update with new logo

**danielle**
9/27/2021 5:54:24 PM ✓ Received
ok

**bianca**
9/27/2021 5:54:49 PM ✓ Received
LIke this one for example

**danielle**
9/27/2021 5:54:59 PM ✓ Received
yep got it

**bianca**
9/27/2021 6:16:11 PM ✓ Received
I see a lot of good imagees there. Feeling better about the feed. Make sure to get the filter from Hayley. Also - I know you've been working closely with CQ on social strategy, I'd love to hear more about where you're at and ideas that I can help you sort out as well. Is that somethig you're ready to share with me this week?

**danielle**
9/27/2021 6:18:31 PM ✓ Received
Yes, same. I got the filter from Hayley, it's in VSCO. So I will download all these images and put that filter on, then add them into trello.
Yes, I have that one pager ready. I had time on the calendar to go over it with CK and CQ. I moved it to next Tuesday for when CK is back. Do you want to join that call? Or have a 1:1 this week?

✓ Received

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    BIRDIES_00077233

**bianca**

9/27/2021 6:19:26 PM

Great. Yes, lets please layer in that filter from now on

✓ Received

**bianca**

9/27/2021 6:19:47 PM

I&apos;d like to see the one pager as soon as you have it ready think it&apos;s better to see it as it&apos;s being developed than at very end in case it needs to be changed a lot.

✓ Received

**bianca**

9/27/2021 6:19:56 PM

Can we review it this afternoon or tomorrow?

✓ Received

**danielle**

9/27/2021 6:20:01 PM

I&apos;ll share it with you right now

✓ Received

**bianca**

9/27/2021 7:10:20 PM

Hi! LMK if you have a few min before 2:30 to do a quick check in.

✓ Received

**danielle**

9/27/2021 7:11:52 PM

Yes, I can do 1

✓ Received

**bianca**

9/27/2021 7:12:05 PM

Okay great give me a buzz then. ████████████

✓ Received

**danielle**

9/27/2021 7:12:10 PM

will do

✓ Received

**bianca**

9/27/2021 7:39:55 PM

Do you have a content calendar I can look at? Tomorrow is National Voter Registration Day and given all that we did last year around VOTE think we should post about it. Would be good to see all of these social dates and months laid out which can help us identify what we want to highlight

✓ Received

**danielle**

9/27/2021 7:42:09 PM

Yes, I put my content on the creative calendar tracker too cause it usually lines up, and then I call out what I&apos;m doing special if it&apos;s differnet. I had my own but I ended up updating like three calendars and it just wasn&apos;t efficient

✓ Received

**danielle**

9/27/2021 7:42:19 PM

████████████████████████████████████████

✓ Received

**danielle**

9/27/2021 7:43:04 PM

This is the Content Plan with all departments

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                         BIRDIES_00077234

**danielle**

✓ Received
9/27/2021 7:43:06 PM

**danielle**

✓ Received
9/27/2021 7:43:56 PM

This is where Allison fills out the social media holidays/cultural moments/holidays
She usually likes to do this cause it helps her plan the blog articles a bit

**bianca**

✓ Received
9/27/2021 7:45:31 PM

Thanks would be helpful if you could walk me through these calendars

**danielle**

✓ Received
9/27/2021 7:45:54 PM

I didn&apos;t know it was national voter registration day, I can come up with something for that

**danielle**

✓ Received
9/27/2021 7:46:04 PM

Yeah, I can call you right now to go over things

**bianca**

✓ Received
9/27/2021 7:46:10 PM

I am on the social strategy calendar - is that the right calendar?

**bianca**

✓ Received
9/27/2021 7:47:19 PM

<https://nationalvoterregistrationday.org/about/>

**bianca**

✓ Received
9/27/2021 8:23:16 PM

Hi - also we really need to add our SF store to highlights on IG. Is that something you can do this week?

**danielle**

✓ Received
9/27/2021 8:23:36 PM

Yes that is planned for Friday

**bianca**

✓ Received
9/27/2021 8:23:41 PM

Thanks

**danielle**

✓ Received
9/27/2021 8:23:49 PM

I have the videos Hayley sent me, just need to edit them togther

**bianca**

✓ Received
9/27/2021 8:26:05 PM

There are some good images we can repurpose from our #mybirdiesmyway here:
<https://www.instagram.com/explore/tags/mybirdiesmyway/>

**danielle**

✓ Received
9/27/2021 8:28:16 PM

This is what we had a cute caption for today&apos;s post: Spotted in the wild: a fierce and cuddly friend and our cheetah Starlings

**bianca**

✓ Received
9/27/2021 8:28:45 PM

Sounds good!

**danielle**

✓ Received
9/27/2021 9:00:43 PM

"All voices have the opportunity to be heard, make sure to raise yours by registering to vote! #NationalVoterRegistrationDay :flag-us: Click our link in bio to register "
Then it will link to the page you shared above."

**danielle**

✓ Received
9/27/2021 9:01:03 PM

Adding the stat seemed link a lot but I can work it in if needed

**bianca**

✓ Received
9/27/2021 9:04:45 PM

Let&apos;s tweak this - because not "all" voices have the opp to be heard unfortunately

**danielle**

✓ Received
9/27/2021 9:05:50 PM

Ah right.

**danielle**

✓ Received
9/27/2021 9:07:15 PM

I was thinking how we lift women up to speak up and one option you can do is to register to vote to have your voice be heard

**danielle**

✓ Received
9/27/2021 9:07:20 PM

that was my train of thought

**bianca**

✓ Received
9/27/2021 9:11:58 PM

How about this:

Today is #NationalVoterRegistrationDay (flag) According to U.S. Census data from 2020, as many as 1 in 4 eligible Americans are not registered to vote. Every year, millions of Americans find themselves unable to vote because they miss a registration deadline, don't update their registration, or aren't sure how to register. Check out more details in our stories and click our link in bio to register today to let your voice be heard!

**danielle**

✓ Received
9/27/2021 9:12:49 PM

Great, I like that. And then I&apos;ll make three frames in story for this with link there as well

**danielle**

✓ Received
9/27/2021 9:13:09 PM

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                              BIRDIES_00077236

Rothy&apos;s posted a day early then

### bianca

✓ Received

9/27/2021 9:13:18 PM

Also - you need to site that this info came from <http://nationalvoterregistration.org|nationalvoterregistration.org>

### bianca

✓ Received

9/27/2021 9:13:50 PM

Please add that right after "or aren&apos;t sure how to register" - cited from <http://nationalvoterregistration.org|nationalvoterregistration.org> and then you can add "Check out more details..."

### danielle

✓ Received

9/27/2021 9:15:21 PM

:+1:

### danielle

✓ Received

9/27/2021 11:13:03 PM

[redacted]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
BIRDIES_00077237