# FILED UNDER SEAL

# EXHIBIT D

# CLOUD SLACK MESSAGES

**CHAT PARTICIPANTS**

| | |
|---|---|
| Number of participants | 2 |
| Display names | bianca |
| | emily |
| Local user | |

**CONVERSATION DETAILS**

| | |
|---|---|
| Number of messages | 346 |
| First message sent date/time | 1/5/2021 11:43:35 PM |
| Last message sent date/time | 6/21/2021 9:14:57 PM |
| Case time zone | (UTC) Coordinated Universal Time |

**emily**  ✓ Received
2/9/2021 1:15:14 AM

Hi Bianca! Regarding the soles 4 souls intro Marisa made, should I set up a call? Would you like to be included?

**bianca**  ✓ Received
2/9/2021 1:15:56 AM

Yes please proceed with setting up a call with them. We don&apos;t need to be on but we can work together on bringing this to life.

**bianca**  ✓ Received
2/9/2021 1:16:24 AM

Mainly want to know who are the women we donated these shoes to, what is their entrepreneur program that we are supporting, which country, etc

**bianca**  ✓ Received
2/9/2021 1:16:25 AM

Things like that

**bianca**  ✓ Received
2/9/2021 1:16:45 AM

Robyn will tell us how many we&apos;ve donated so far

**bianca**  ✓ Received
2/9/2021 1:16:55 AM

Also need to know what assets they can provide us with so we can share

**emily**  ✓ Received
2/9/2021 1:17:35 AM

Okay! Perfect. I&apos;ll set up a call and get these details. Should I include Allison and Jackie?

**bianca**  ✓ Received
2/9/2021 1:18:41 AM

If you want to but not necessary. Think you can gather the details and then we can provide to creative to help bring to life

**bianca**  ✓ Received
2/9/2021 1:18:51 AM

But up to you all to decide who joins the call

**emily**  ✓ Received
2/9/2021 1:19:17 AM

Okay, got it! Thanks for the context :slightly_smiling_face: I will handle

**emily**  ✓ Received
2/9/2021 1:19:48 AM

Excited to learn more about the initiative!

**bianca**  ✓ Received
2/9/2021 1:26:07 AM

Same! Thanks Emily!

**bianca**  ✓ Received

2/9/2021 5:28:20 PM

Hi! I think these are Birdies

✓ Received

**bianca**

2/9/2021 5:28:25 PM

Would you mind commenting something nice back to her post from Birdies

✓ Received

**emily**

2/9/2021 5:28:43 PM

Of course! One moment :slightly_smiling_face: Responding to many comments haha

✓ Received

**bianca**

2/9/2021 5:29:01 PM

So awesome. What an exciting day for us! And so many more launches ahead!!!

✓ Received

**emily**

2/9/2021 5:41:35 PM

Hi Bianca! Is the following an appropriate way to address comments comparing us to Rothys? I tried to base it off your message in the social channel

✓ Received

**emily**

2/9/2021 5:41:41 PM

[redacted]

✓ Received

**bianca**

2/9/2021 5:47:35 PM

Thanks. I&apos;d reword it a bit I&apos;d say "Courtney thank you for being a valued customer! We always love hearing from our community. Over the years we&apos;ve had a lot of demand from our community to offer a washable, vegan option to our popular Blackbird silhouette and we are proud to offer them that option today. Stay tuned for many new styles and materials launching soon - all with the same great Birdies comfort! :heart:

✓ Received

**emily**

2/9/2021 5:49:41 PM

Perfect! Thank you!

✓ Received

**bianca**

2/9/2021 5:51:30 PM

Might remove the word "them" when saying "proud to offer them that option" would just say "proud to offer this option"

✓ Received

**bianca**

2/9/2021 5:51:39 PM

Don&apos;t want to divide our community!

✓ Received

**bianca**

2/9/2021 5:54:48 PM

Hi - just saw you responded to Kelseizetheday with the previous response. Can you please delete and update with this new response?

✓ Received

**emily**

2/9/2021 5:55:05 PM

Yes! Sorry, I responded earlier this morning

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                          BIRDIES_00077250

**emily**

Will change now

✓ Received
2/9/2021 5:55:10 PM

**bianca**

No problem.

✓ Received
2/9/2021 5:55:10 PM

**bianca**

Thanks

✓ Received
2/9/2021 5:55:15 PM

**bianca**

Hi think this needs to be edited - do you know if she's a customer? If not I'd remove the first line. That line was for the other person who said she's a customer

✓ Received
2/9/2021 6:26:01 PM

**bianca**

[redacted]

✓ Received
2/9/2021 6:26:08 PM

**emily**

Changed!

✓ Received
2/9/2021 6:28:42 PM

**bianca**

Thanks

✓ Received
2/9/2021 6:39:07 PM

**emily**

Waiting on info from Jacklyn about material to properly respond to some comments- just so you are in the loop!

✓ Received
2/9/2021 6:40:31 PM

**bianca**

Thanks! Please keep me posted - customer responses is my priority today Want to make sure we get it right!

✓ Received
2/9/2021 6:41:17 PM

**emily**

Of course! Danielle and I are working closely!

✓ Received
2/9/2021 6:41:55 PM

**bianca**

Great to hear!

✓ Received
2/9/2021 6:42:00 PM